# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Dr. KAREN BARBOSA,

        Plaintiff, : Case No. 3:07-cv-338

- vs -                        District Judge Walter Herbert Rice

AMERICAN OSTEOPATHIC BOARD     Chief Magistrate Judge Michael R. Merz
OF SURGERY, et al.,

        Defendants. :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 12, 2008, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Motion for Judgment on the Pleadings by Defendants American Osteopathic Board of Surgery (AOBS), Bureau of Osteopathic Specialists (BOS), and the American Osteopathic Association (AOA) (Doc. No. 12), be, and it hereby is, GRANTED.

June 13, 2008.

                                                 /s/ Walter Herbert Rice
                                                 Walter Herbert Rice
                                                 United States District Judge